IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01363-RPM

THE PHYSICAL THERAPY CENTER, INC.,

        Plaintiff,

v.

CIGNA HEALTHCARE OF COLORADO and
PACIFICARE OF COLORADO,

        Defendants.
_____

ORDER ON MOTION TO WITHDRAW AND ORDER FOR STATUS CONFERENCE
_____

On July 1, 2005, a pleading designated Motion to Withdraw and Notice of Substitution of Counsel was filed in this case whereby Pryor, Johnson, Montoya, Carney & Karr, P.C., was represented as current counsel of record for the plaintiff and the law firm of Ireland, Stapleton, Pryor & Pascoe, P.C., sought to enter "his appearance as counsel of record for plaintiff."  The pleading carried the electronic signature of Mark E. Haynes and Scott S. Nixon.  The motion was denied by order of July 5, 2005, because the motion failed to recognize that under D.C.COLO.LCivR 83.3(B) an attorney's entry of appearance does not constitute an entry of appearance by that attorney's firm.  Pryor, Johnson, Montoya, Carney & Karr, P.C., has never been the attorney of record for the plaintiff in this case.  In the order denying the motion to withdraw the firm address of Mark E. Haynes was ordered to be changed.  On July 6,

2005, another Motion to Withdraw was submitted with the same request.  Again, the motion is procedurally incorrect.  Counsel for the plaintiff in this case is Mark E. Haynes, now of Ireland, Stapleton, Pryor & Pascoe, P.C.  Counsel are expected to be familiar with and conform with the local rules of this Court.

Upon review of this civil action, the minutes of the Rule 16 Conference held on December 17, 2004, reflect that counsel were directed to submit a status report within sixty days.  No such status report has been received.  It is accordingly

ORDERED that a status conference shall be held on **July 28, 2005, at 2:00 p.m.** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver,Colorado, and it is

FURTHER ORDERED that neither Pryor, Johnson, Montoya, Carney & Karr, P.C., nor Ireland, Stapleton, Pryor & Pascoe, P.C., are recognized as counsel of record for the plaintiff.

DATED: July 8th, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge