IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01363-RPM

THE PHYSICAL THERAPY CENTER, INC.,

        Plaintiff,

v.

THERAPHYSICS CORP.,
CIGNA HEALTHCARE OF COLORADO and
PACIFICARE OF COLORADO,

        Defendants.

_____

ORDER OF DISMISSAL

_____

The parties having filed a Stipulation of Dismissal with Prejudice on July 28,

2005, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear

its own costs and attorney fees

DATED: July 29th, 2005.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge